## No. 633.—Richard G. Eastin *v.* Edgar Ducrest.

Payment of a promissory note cannot be enforced when the consideration is shown to be the procuring, by the holder, a detail for the maker to enable him to keep out of active military service in the rebellion.

APPEAL from the Third Judicial District Court, parish of St. Martin. *Gates*, J. *Gary & Fournet* for plaintiff and appellee. *De Blanc & Perry* for defendant and appellant.

TALIAFERRO, J. The plaintiff sues on three several promissory notes, amounting in the aggregate to $963 principal, besides interest claimed from the maturity of each note. The judgment of the lower Court, predicated upon the verdict of a jury, was in favor of the plaintiff, and the defendant has appealed.

The defendant, it appears, in order to keep out of active military service of the insurgent authority, contracted with the plaintiff to procure him a "detail." We understand by a detail of this sort an obligation upon the party detailed to perform service in the interest of the rebellion in some other department than that of bearing arms. Contracts of this character we regard as illegal and null, and this Court will not extend its aid for their enforcement.

It is therefore ordered, adjudged and decreed, that the judgment of the District Court be annulled, avoided and reversed. It is further ordered, that this suit be dismissed at plaintiff's costs.